**2009–1799.  State v. Bache.**

Lake App. No. 2008–L–061, 2009-Ohio-5211. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

It is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2009–1739.  Lorain Cty. Bar Assn. Legal Ethics & Grievance Commt. v. Hurst.**

This cause is pending before the court upon relator's motion for an interim remedial suspension of respondent. Upon consideration of relator's motion for redaction,

It is ordered that the motion is granted, and counsel for relator shall come to the Supreme Court of Ohio and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence of the Courts of Ohio, from the attachments to the motion for interim remedial suspension filed in this case within ten days of the date of this entry.

**2009–1739.  Lorain Cty. Bar Assn. Legal Ethics & Grievance Commt. v. Hurst.**

This cause is pending before the court upon relator's motion for an interim remedial suspension of respondent. Upon consideration of relator's motion to supplement its motion for interim remedial suspension,

It is ordered by the court that relator's motion to supplement is granted.

## MISCELLANEOUS DISMISSALS

**2009–1397.  Hughley v. Duffey.**

On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On September 25, 2009, the court ordered Hughley to show cause why the court should proceed to consider this appeal. Upon review of Hughley's response,

It is ordered by the court that Hughley has not shown good cause. Accordingly, this cause is dismissed.

**2009–1639.  State ex rel. Hughley v. McMonagle.**

Cuyahoga App. No. 93366, 2009-Ohio-4543. On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On September 25, 2009, the court ordered Hughley to show cause why the court should proceed to consider this appeal. Upon review of Hughley's response,

It is ordered by the court that Hughley has not shown good cause. Accordingly, this cause is dismissed.

**2009–1650.  Ohio Cas. Ins. Co. v. D & J Distrib. & Mfg., Inc.**

Lucas App. No. L–08–1104, 2009-Ohio-3806. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*October 13, 2009*

[Cite as *10/13/2009 Case Announcements #2*, 2009-Ohio-5439.]